JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ROBERTS,<br><br>           Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>           Respondent. | Case No. EDCV 17-62 CJC(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed.

DATED: November 30, 2017

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE